UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Amanda Grant                                    Chapter 7
                                                Case No. 00-53948 TJT
            Debtor.                             Hon. Thomas J. Tucker
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

The attached check in the amount of $53.45, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. .347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 12 | Retailers National Bank<br>695 Rancocas Road, Ste 101<br>Westampton, NJ  08060 | $ 53.45 |
|  | **TOTAL:** | $ 53.45 |

Dated:   4/14/10              /s/ Frederick J. Dery
                              Frederick J. Dery, Trustee
                              803 W. Big Beaver
                              Suite 353
                              Troy, MI 48084
                              fdery@fredjdery.com